Glen L. ALSPACH, Receiver of Coast Insulating Company, Appellant, v. Herbert C. SMITH et al., Appellees.

No. 7719.

Circuit Court of Appeals, Ninth Circuit.

May 2, 1935.

Wm. P. Mealey, of Los Angeles, Cal., for appellant.

Julius V. Patrosso, Dave F. Smith, Call & Murphey, Alex W. Davis, J. R. Wilder, J. Widoff, and Carroll Allen, all of Los Angeles, Cal., for appellees.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

ALUMINUM COMPANY OF AMERICA, Appellant, v. UNITED ENGINE & MACHINE CO., Appellee.

No. 7609.

Circuit Court of Appeals, Ninth Circuit.

May 13, 1935.

Frederick W. Kant, of San Francisco, Cal., and Richey & Watts, of Cleveland, Ohio, for appellant.

Miller & Boyken, of San Francisco, Cal., and John H. Bruninga, of St. Louis, Mo., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel, and oral motion, ordered appeals herein dismissed; mandate forthwith.